

FILED
DEC 17 2025
CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:25-MJ-99 |
| | ) (Misdemeanor) |
| SAMANTHA I SALMON | ) VA 19 |
| | ) |
| | ) Court Date: January 12, 2026 |
| | ) Time: 8:30 a.m. |

### CRIMINAL INFORMATION

#### COUNT ONE
(Misdemeanor) Ticket No. E2274254

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 27, 2025, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, SAMANTHA I SALMON, a person over the age of eighteen, who was responsible for the care of RPS, a child under the age of 18, willfully caused a condition which rendered the child in need of supervision by allowing RPS to wander the street unattended.

(In violation of Title 18, United States Code, Sections 7 & 13, assimilating Code of Virginia, Section 18.2-371).

                   LINDSEY HALLIGAN
UNITED STATES ATTORNEY AND SPECIAL ATTORNEY
      By: *[signature]*

              MARGARET L. BALLANTYNE
              Attorney for the Government
              United States Attorney's Office
              2115 Pershing Avenue
              Fort Eustis, Virginia 23604
              Phone: (757) 878-4393
              Email:
Margaret.l.ballantyne.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on  17 DEC , 2025, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant and to any counsel for the defendant known to the Government in the above-styled case.

MARGARET L. BALLANTYNE
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604